IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *~m* D.C.

05 JUN 20 AM 8: 03

**UNITED STATES OF AMERICA**

v.

HON. ..., DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**MICHAEL BRANCH**

**05cr20222-D**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _June 17, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _R. Brown for: N. Germain_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____The defendant, who is not in custody, may stand on his present bond.
__✓__The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:2114
MAIL, MONEY OR OTHER PROPERTY OF U.S.

Attorney assigned to Case: T. Arvin

Age: _38_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-20-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20222 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT